```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16498
   ANNETTE ADAMS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7767


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/11/2007 and was confirmed 12/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

     The case was dismissed after confirmation 09/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERIQUEST MORTGAGE        NOTICE ONLY    NOT FILED             .00             .00
AMC MORTGAGE SERVICES      CURRENT MORTG       .00              .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE   1577.92              .00         1577.92
HOMECOMINGS FINANCIAL      NOTICE ONLY    NOT FILED             .00             .00
MIDWESTERN FINANCIAL COR   SECURED VEHIC   3611.60           168.07         1212.13
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED             .00             .00
ASSET ACCEPTANCE CORP      UNSECURED        167.38              .00             .00
ASSET ACCEPTANCE LLC       UNSECURED      22938.14              .00          730.98
ASSET ACCEPTANCE LLC       UNSECURED         25.00              .00             .00
CAPITAL ONE                UNSECURED        517.31              .00           16.49
CAPITAL ONE                UNSECURED       1291.41              .00           41.15
CREDIT UNION 1             UNSECURED       1767.31              .00           56.32
FIRST RESOLUTION INVESTM   UNSECURED    NOT FILED               .00             .00
GTWY/CBUSA                 UNSECURED    NOT FILED               .00             .00
HSBC BANK NV FKA HHL       UNSECURED    NOT FILED               .00             .00
PROVIDIAN FINANCIAL        UNSECURED    NOT FILED               .00             .00
ASSET ACCEPTANCE LLC       UNSECURED       1042.17              .00           33.21
ASSET ACCEPTANCE LLC       UNSECURED       2559.88              .00           81.58
TRIAD FINANCIAL CORP       UNSECURED      12970.41              .00          413.34
B-REAL LLC                 UNSECURED       1137.22              .00           36.24
SALUTE VISA GOLD           UNSECURED        325.06              .00             .00
PHILIP A IGOE              DEBTOR ATTY    2,800.00                         2,800.00
TOM VAUGHN                 TRUSTEE                                           584.65
DEBTOR REFUND              REFUND                                             17.92

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,770.00

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16498 ANNETTE ADAMS
```

```
SECURED                                                          2,790.05
    INTEREST                                                       168.07
UNSECURED                                                        1,409.31
ADMINISTRATIVE                                                   2,800.00
TRUSTEE COMPENSATION                                               584.65
DEBTOR REFUND                                                       17.92
                                      ---------------      ---------------
TOTALS                                       7,770.00             7,770.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 12/22/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                                PAGE   2
            CASE NO. 07 B 16498 ANNETTE ADAMS